COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   RICHARD ALAN HAASE and Richard Alan Haase v. Countrywide Home Loans, Inc., Deutsche Bank National Trust Company, Bank of America, NA, Barrett, Daffin, Turner & Englel, LLP, Deutsche Bank, AG, Morgan Stanley ABS Capital I, Inc., and Certificate Holders of Morgan Stanley ABS Capital I, Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6

Appellate case number:   01-20-00854-CV

Trial court case number:   07-DCV-161177

Trial court:   400th District Court of Fort Bend County

Appellants, RICHARD ALAN HAASE and Richard Alan Haase, filed in this Court a motion for leave to proceed as indigent. On February 1, 2021, we abated this appeal and remanded the case to the trial court to determine whether appellants, who previously paid the appellate filing fees, may proceed as indigent on appeal. *See* TEX. R. CIV. P. 145(a), (f). The trial court clerk then filed a supplemental clerk's record that includes the trial court's order, signed on February 25, 2021 denying appellants' motion to proceed as indigent. We **reinstate** the appeal on the Court's active docket.

The trial court held that appellants "can afford to pay the costs of his appeal." Accordingly, it is ORDERED that

(1)   **No later than 30 days from the date of this order**, appellants provide written proof **from the trial court clerk** that they have paid, or made arrangements to pay for the clerk's record(s), or the Court may dismiss the appeal. *See* TEX. R. APP. P. 34.5, 37.3(b), 42.3(f).[1]

(2)   **No later than 30 days from the date of this order**, appellants file with this Court proof that they have requested and paid, or made arrangements to pay, for preparation of the reporter's record, or the Court may consider and decide only

---

[1]   The Clerk of this Court previously directed the trial court clerk to file a clerk's record regarding indigency, containing pleadings and orders related to appellants' motion. Any further supplemental record does not need to include the items already included in the clerk's record and supplemental clerk's record filed in this appeal on February 25, 2021.

those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 34.6(b)(1), 35.3(b)(2), (b)(3), (c), 37.3(c).

It is so ORDERED.


Judge's signature: _____/s/ Veronica Rivas-Molloy_____
                                          Acting individually


Date:   March 2, 2021